# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                                        **PLAINTIFF**

**v.**                              **No. 3:22-cv-86-DPM**

**SHARI FLYNN, head of S.O.S.R.A.**                          **DEFENDANT**

### ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Webster is a three-striker; and nothing in his complaint shows that he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Webster wants to pursue this case, then he must pay the $402 filing and administrative fees and file a motion to reopen the case by 28 June 2022. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2022