# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                          **PLAINTIFF**

v.                          No. 3:22-cv-86-DPM

**SHARI FLYNN, head of S.O.S.R.A.**                    **DEFENDANT**

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 May 2022